UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 1:11-md-2262-NRB<br><br>Civil Action No. 13-cv-6020-NRB |
| THIS DOCUMENT RELATES TO:<br><br>The City of Philadelphia and the Pennsylvania Intergovernmental Cooperation Authority,<br><br>   Plaintiffs,<br><br>   v.<br><br>Bank of America Corp. *et al.*,<br><br>   Defendants. | **Stipulation And Order Of Dismissal With Prejudice Of Bank of America Corporation and Bank of America, N.A. Pursuant To F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs and Defendants Bank of America Corporation and Bank of America, N.A. (together, "Bank of America"), that all of Plaintiffs' claims against Bank of America only are hereby dismissed with prejudice from the action *The City of Philadelphia et al v. Bank of America Corp. et al.*, No. 13-cv-6020-NRB (S.D.N.Y.), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without interest to any party and with each party to bear its own attorneys' fees and costs. For the avoidance of doubt, this stipulation of dismissal applies only to Bank of America, and Plaintiffs are continuing to pursue claims against other Defendants in this action.

Dated: October 22, 2020

_____
Daniel L. Brockett
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
T: (212) 849 7000
E: danbrockett@quinnemanuel.com

Jeremy D. Andersen
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
T: (213) 443-3000
E: jeremyandersen@quinnemanuel.com

*Counsel to the City of Philadelphia and the Pennsylvania Intergovernmental Cooperation Authority*

_____
Arthur J. Burke
Paul S. Mishkin
Adam G. Mehes
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
T: (212) 450-4000
E: arthur.burke@davispolk.com
   paul.mishkin@davispolk.com
   adam.mehes@davispolk.com

*Counsel to Bank of America Corporation and Bank of America, N.A.*

**SO ORDERED:**

Dated:

_____          _____
                                          Hon. Naomi Reice Buchwald
                                          United States District Judge