UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 1:11-md-2262-NRB<br><br>Civil Action No. 13-cv-6020-NRB |
| THIS DOCUMENT RELATES TO:<br><br>The City of Philadelphia and the Pennsylvania Intergovernmental Cooperation Authority,<br><br>Plaintiffs,<br><br>v.<br><br>Bank of America Corp. *et al.*,<br><br>Defendants. | **Stipulation And Order Of Dismissal With Prejudice Of JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. Pursuant To F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs and Defendants Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. (together, "JPMorgan"), that all of Plaintiffs' claims against JPMorgan only are hereby dismissed with prejudice from the action *The City of Philadelphia et al v. Barclays Bank plc et al.*, No. 13-cv-6020-NRB (S.D.N.Y.), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without interest to any party and with each party to bear its own attorneys' fees and costs. For the avoidance of doubt, this stipulation of dismissal applies only to JPMorgan, and Plaintiffs are continuing to pursue claims against other Defendants in this action.

Dated: October 22, 2020

| | |
|---|---|
| /s/ Dan Brockett | /s/ Alan Turner |
| Daniel L. Brockett | Paul C. Gluckow |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | Alan C. Turner |
| 51 Madison Avenue, 22nd Floor | SIMPSON THACHER & BARTLETT LLP |
| New York, New York 10010-1601 | 425 Lexington Avenue |
| T: (212) 849 7000 | New York, New York 10017 |
| E: danbrockett@quinnemanuel.com | T: (212) 455-2500 |
| | E: pgluckow@stblaw.com |
| Jeremy D. Andersen | aturner@stblaw.com |
| 865 South Figueroa Street, 10th Floor | |
| Los Angeles, California 90017 | *Counsel to JPMorgan Chase & Co. and* |
| T: (213) 443-3000 | *JPMorgan Chase Bank, N.A.* |
| E: jeremyandersen@quinnemanuel.com | |

*Counsel to the City of Philadelphia and the Pennsylvania Intergovernmental Cooperation Authority*

**SO ORDERED:**

Dated:

_____          _____
                                                                Hon. Naomi Reice Buchwald
                                                                United States District Judge